IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 14 B 19044 |
| Carolyn Giannelli | Judge Timothy A. Barnes |
| Debtors | Chapter 13 |

## ORDER AMENDING PLAN, RESOLVING OBJECTION TO CONFIRMATION & ALLOWING FEES

This cause coming on to be heard on the objection to confirmation by American Eagle Bank, and due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that American Eagle Bank is allowed $400.00 in attorney's fees and section E 3.1(a) of the plan has been amended to provide American Eagle Bank 5.5% [handwritten, over struck-through 6%] interest on its allowed secured claim and to increase the secured claim of American Eagle Bank from $12,095.55 to $12,495.55 to reflect the secured claim of American Eagle Bank plus the $400 in attorneys fees. The aforementioned attorney's fees are properly payable without further notice, hearing, proof of claim or Order.

IT IS FURTHER ORDERED that the objection to confirmation of American Eagle Bank is resolved upon the entry of this Order.

_____
Counsel for Debtor

_____
Christopher H. Purcell
Sherman & Purcell LLP
120 S. LaSalle, Suite 1460
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. for American Eagle Bank

Enter:

_____
Bankruptcy Judge

Dated: 18 AUG 2014